**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Ayaz Haider Zaidi**     JOINT DEBTOR: _____     CASE NO.: **14-25370**
Last Four Digits of SS#  **xxx-xx-5068**     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **0** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ **1735.36** for months **1** to **60** ;
B. $ _____ for months _____ to _____ ;
C. $ _____ for months _____ to _____ ; in order to pay the following creditors:

Administrative:  Attorney's Fee - $ **3,500.00**   TOTAL PAID $ **850.00**
Balance Due  $ **2,650.00-** payable $ **220.83** /month (Months **1** to **12** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Indymac/One West**     Arrearage on Petition Date  $ **0.00**
   Address:  888 E Walnut St Pasedena, CA 91101     Arrears Payment $ **0.00** /month (Months **0** to **0** )
   (Months **01** to **60** ) (n/i Tax/Ins esc)
   Account No: A/C xxx2540     Regular Payment $ **1341.00** months

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Ocwen Loan Servicing Account No: xxxxxx4762 | Investment Property 2105 SW 151 Pl Miami, FL. 33185 $ 325,000.00 | 0% | $ 0.00 | 0.00 | 0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]
-NONE-     Total Due  $ _____
Payable  $ _____ /month  (Months _ to _ )     Regular Payment $ _____

Unsecured Creditors: Pay $ **220.83**/month (Months **13** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
-NONE-
**Assumed Contracts and/or Leases**
-NONE-

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Ayaz Haider Zaidi**
**Ayaz Haider Zaidi**
Debtor

Date: **July 13, 2014**

LF-31 (rev. 01/08/10)
Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy