UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

AYAZ HAIDER ZAIDI

Debtor

Case No : **14-25370**

Chapter : **13**

## MOTION TO VALUE COLLATERAL OF BANK OF AMERICA AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY

### IMPORTANT NOTICE TO CREDITORS:
### THIS IS A MOTION TO VALUE YOUR COLLATERAL

**This Motion seeks to value collateral described below securing the claim of the creditor listed below.**

**IF YOU DISPUTE THE VALUE ALLEGED OR TREATMENT OF YOUR CLAIM PROPOSED IN THIS MOTION, YOU MUST FILE A WRITTEN OBJECTION NO LATER THAN TWO BUSINESS DAYS PRIOR TO THE SCHEDULED HEARING [SEE LOCAL RULE 3015-3(A)(2)]**

**If you have not filed a proof of claim, you have until the later of the claims bar date or 21 days from the date this Motion was served upon you to file a proof of claim or you will be deemed to have waived the right to payment of any unsecured claim to which you might otherwise be entitled. [See Local Rule 3015-3(A)(4)]**

1.   Pursuant to 11 U.S.C. §506, Bankruptcy Rule 3012, and Local Rule 3015-3, the debtor seeks to value real property securing the claim of **INDYMAC BANK** who holds a lien recorded on FEB 2, 2005 OR **Book 23048** @ Page **0630,** in the official records of Miami-Dade County, Florida.

2.   The real property is located at **2105 SW 151 PLACE 33185** and is more particularly described as follows:
GRAND LAKES PHASE III PB 161-34 T-21233 LOT 6 BLK 54 LOT SIZE 5250 SQ FT FAU 30 4909 000 0050 COC 23048-0610 01 2005 1 RECORDED IN MIAMI DADE COUNTY, FLORIDA

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

3. At the time of the filing of this case, the value of the real property is **$ 290,264.00** as determined by Miami-Dade County Appraiser, a copy of which is attached to this Motion.

4. n/a holds liens on the real property senior to priority to Lender, securing claims in the aggregate amount of $n/a

5. *(Select only one):*

___ Lender's collateral consists solely of the debtor's principal residence. As there is no equity in the real property after payment in full of the claims secured by liens senior to that of Lender, the value of Lender's secured interest in the real property is $0.00.

**X** Lender INDYMAC BANK collateral is not solely the debtors' principal **residence**. The value of the Lender's secured interest in the real property is **$ 290,264.00.** Lender's, BANK OF AMERICA, secured claim shall be paid through the plan at ____2.00_% and for a total of ____**$290,264.00**____ , to be paid over the life of the Plan, and directly after the plan matures until such time as the principal and interest are paid in full.

6. The undersigned reviewed the docket and claims register and states (select only one):

**X** Lender, INDYMAC BANK has not filed a proof of claim. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim to the extent provided in paragraph 5, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim as filed.

___ LENDER _____ filed a proof of claim in this case. It shall be classified as a secured claim to the extent provided in paragraph 5, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim.

7. The subject real property may not be sold or refinanced without proper notice and further Order of the Court.

**WHEREFORE,** the debtor respectfully requests an order of the Court (a) determining the value of the real property in the amount asserted in this Motion, (b) determining the secured status of the Lender INDYMAC BANK'S lien as stated above, (c) determining that any timely filed proof of claim is classified as stated above, (d) if Lender, INDYMAC BANK, secured interest in the real property is determined to be **$290,264.00**, (e) providing such other and further relief as is just..

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

**NOTICE IS HEREBY GIVEN THAT:**

1. In accordance with the rules of this Court, unless an objection is filed with the Court and Nancy K. Neidich, at least two (2) business days prior to the hearing scheduled on this Motion, the value of the collateral may be established at the amount stated above without further notice, hearing or order of the Court. Pursuant to Local Rule 3015-3, timely raised objections will be heard at the hearing scheduled on the Motion.

2. The undersigned acknowledges that this Motion and the notice of hearing thereon must be served pursuant to Bankruptcy Rule 7004 and Local Rule 3015-3 at least 21 days prior to the hearing date and that a certificate of service must be filed when the Motion and notice of hearing thereon are served.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent via email to Nancy K. Neidich, Trustee on ECF, those set forth in the NEF, this 15 day of January, 2015, and this Motion and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth above.

| David C Rubin ESQ<br>Attorney for Debtor<br>6800 SW 40 Street # 352<br>Miami, FL 33155<br>Florida Bar No: 630314 | /S/ David C Rubin | Phone | 305-804-1898 |
|---|---|---|---|
| | | Email | david3051@aol.com |
| | Signature: David C Rubin ESQ (Attorney Debtor) | Date | **January 15, 2015** |



# OFFICE OF THE PROPERTY APPRAISER

## Summary Report

Generated On : 1/15/2015

| Property Information | |
|---|---|
| Folio: | 30-4909-007-1300 |
| Property Address: | 2105 SW 151 PL |
| Owner | AYAZ ZAIDI |
| Mailing Address | 2105 SW 151 PL<br>MIAMI, FL 33185-5678 |
| Primary Zone | 8900 INTERIM-AWAIT SPECIFIC ZO |
| Primary Land Use | 0105 RESIDENTIAL - SINGLE FAMILY : CLUSTER HOME |
| Beds / Baths / Half | 4 / 3 / 0 |
| Floors | 2 |
| Living Units | 1 |
| Actual Area | 3,713 Sq.Ft |
| Living Area | 3,043 Sq.Ft |
| Adjusted Area | 3,120 Sq.Ft |
| Lot Size | 5,250 Sq.Ft |
| Year Built | 2004 |

| Assessment Information | | | |
|---|---|---|---|
| Year | 2014 | 2013 | 2012 |
| Land Value | $52,000 | $36,250 | $41,500 |
| Building Value | $247,010 | $249,725 | $240,926 |
| XF Value | $0 | $0 | $0 |
| Market Value | $299,010 | $285,975 | $282,426 |
| Assessed Value | $290,264 | $285,975 | $282,426 |

| Benefits Information | | | | |
|---|---|---|---|---|
| Benefit | Type | 2014 | 2013 | 2012 |
| Save Our Homes Cap | Assessment Reduction | $8,746 | | |
| Homestead | Exemption | $25,000 | $25,000 | $25,000 |
| Second Homestead | Exemption | $25,000 | $25,000 | $25,000 |

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).

| Short Legal Description |
|---|
| GRAND LAKES PHASE III |
| PB 161-34 T-21233 |
| LOT 6 BLK 54 |
| LOT SIZE 5250 SQ FT |
| FAU 30 4909 000 0050 |



| Taxable Value Information | | | |
|---|---|---|---|
| | 2014 | 2013 | 2012 |
| County | | | |
| Exemption Value | $50,000 | $50,000 | $50,000 |
| Taxable Value | $240,264 | $235,975 | $232,426 |
| School Board | | | |
| Exemption Value | $25,000 | $25,000 | $25,000 |
| Taxable Value | $265,264 | $260,975 | $257,426 |
| City | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $0 | $0 | $0 |
| Regional | | | |
| Exemption Value | $50,000 | $50,000 | $50,000 |
| Taxable Value | $240,264 | $235,975 | $232,426 |

| Sales Information | | | |
|---|---|---|---|
| Previous Sale | Price | OR Book-Page | Qualification Description |
| 01/01/2005 | $430,000 | 23048-0610 | 2008 and prior year sales; Qual by exam of deed |
| 05/01/2004 | $354,000 | 22727-3530 | 2008 and prior year sales; Qual by exam of deed |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

Version: