UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA - MIAMI DIVISION

IN RE:   CASE NO.: 14-25370-RAM
         CHAPTER 13
AYAZ HAIDER ZAIDI,

    Debtor(s).
_____/

**PRELIMINARY RESPONSE TO DEBTOR'S MOTION TO VALUE COLLATERAL OF BANK OF AMERICA AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY**

**COMES NOW,** Deutsche Bank National Trust Company, as Trustee for Harborview Mortgage Loan Trust 2006-8, Mortgage Loan Pass-Through Certificates, Series 2006-8 ("Creditor"), by and through its undersigned counsel, as and for its Preliminary Response to the Debtor's Motion to Value Collateral (DE # 42) and, in support thereof, states as follows:

    1.    The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on July 4, 2014.

    2.    Creditor holds a security interest in the Debtor's non-exempt real property, located at 2105 SW 151ST PLACE MIAMI FL 33185, by virtue of a Mortgage which is recorded in the Public Records of Miami-Dade County, FLORIDA in Official Record Book 24408 at Page 0437. Said Mortgage secures a Note in the amount of $467,000.00.

    3.    The aforementioned Mortgage gives Creditor a first mortgage position on the subject property.

    4.    On or about January 15, 2015, the Debtor filed a Motion to Value (DE # 42) seeking to value the property at $290,264.00.

    5.    Creditor believes the property is worth in excess of $290,264.00 and demands an opportunity to have the property appraised.



14-69164 - CIC

**WHEREFORE**, Creditor prays that a hearing on Debtor's Motion to Value Collateral be scheduled no sooner than 60 days hence to afford Creditor sufficient time to have an appraisal of the property performed, and for such other and further relief as the Court may deem just and proper.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Preliminary Response to Debtors' Motion to Value Claim was served electronically or by U.S. mail, first-class postage prepaid, to the below mailing list on this 3 day of Feb, 2015.

Respectfully Submitted,

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969

By: _____
Maurice Hinton, Esquire
Florida Bar Number: 26215
Email: mdh@rasflaw.com

14-69164 - CIC

**Mailing List**

Ayaz Haider Zaidi
3536 NE 168 St #501
North Miami Beach, FL 33160

David C. Rubin
6800 SW 40th St. #352
Miami, FL 33155

Nancy K. Neidich
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

14-69164 - CIC