UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.  14-25370-BKC-RAM
AYAZ HAIDER ZAIDI


CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 10,179.64  remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $     .00    remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: _____FEB 2 4 2016_____

NANCY K. NEIDICH
CHAPTER 13 TRUSTEE

Copies to:

AYAZ HAIDER ZAIDI
3536 NE 168 ST #501
NORTH MIAMI BEACH, FL 33160

DAVID C. RUBIN, ESQUIRE
6800 SW 40 ST, #352
MIAMI, FL 33155

INDYMAC/ONE WEST
888 E WALNUT ST
PASADENA, CA 91101

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.  14-25370-BKC-RAM
AYAZ HAIDER ZAIDI

                           CHAPTER 13


AYAZ HAIDER ZAIDI

3536 NE 168 ST #501
NORTH MIAMI BEACH, FL 33160


DAVID C. RUBIN, ESQUIRE
6800 SW 40 ST, #352
MIAMI, FL 33155


INDYMAC/ONE WEST              ---------$     10,179.64
888 E WALNUT ST
PASADENA, CA 91101                        REFUSED

                                     CLAIM REGISTER # 0

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130